**Order Filed on August 8, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MARTONE & UHLMANN, P.C.
777 PASSAIC AVENUE, SUITE 535
CLIFTON, NJ 07012
(973) 473-3000
bky@martonelaw.com
ATTORNEYS FOR SECURED
CREDITOR/SERVICING AGENT
PNC BANK, NATIONAL ASSOCIATION
36.8960

---

In re:

Theodore J. McElwee

Case No.: 22-12016-ABA

Hearing Date:

Judge:  Hon. Andrew B. Altenburg, Jr.

Chapter: 13

## ORDER ALLOWING FOR POST BAR DATE FILING OF THE PROOF OF CLAIM

The relief set forth on the following page is hereby ORDERED.

**DATED: August 8, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| Debtor: | Theodore J. McElwee |
|---|---|
| Case Number: | 22-12016-ABA |
| Caption of Order: | ORDER ALLOWING FOR POST BAR DATE FILING OF THE PROOF OF CLAIM |

Upon the Motion of PNC BANK, NATIONAL ASSOCIATION, for permission to proceed with filing a Post Bar Date Proof of Claim as hereinafter set forth, and for good cause shown it is

1.    ORDERED that the Movant is permitted to file a Post Bar Date Proof of Claim within thirty (30) days of the entry of this order as it pertains to the below:

Real Property more fully described as 136 Spring Garden St, Riverside, NJ 08075; and

2.    that the Trustee is authorized to pay the late claim filed within 30 days of this Order; and

4.    For any such relief as the Court deems proper; and

5.    The movant shall serve a filed copy of this Order on the Debtor via regular mail.  The Debtor's attorney and Chapter 13 Trustee will be served electronically via the U.S. Bankruptcy Court's CM/ECF system.