| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>MARTONE & UHLMANN, P.C.<br>777 PASSAIC AVENUE, SUITE 535<br>CLIFTON, NJ 07012<br>(973) 473-3000<br>bky@martonelaw.com<br>ATTORNEYS FOR SECURED<br>CREDITOR/SERVICING AGENT<br>PNC BANK, NATIONAL ASSOCIATION<br>36.8960<br><br>In re:<br><br>Theodore J. McElwee | Order Filed on August 8, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 22-12016-ABA<br><br>Hearing Date:<br><br>Judge:  Hon. Andrew B. Altenburg, Jr.<br><br>Chapter: 13 |

**ORDER ALLOWING FOR POST BAR DATE FILING OF THE PROOF OF CLAIM**

The relief set forth on the following page is hereby ORDERED.

**DATED: August 8, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | Theodore J. McElwee |
| Case Number: | 22-12016-ABA |
| Caption of Order: | ORDER ALLOWING FOR POST BAR DATE FILING OF THE PROOF OF CLAIM |

Upon the Motion of PNC BANK, NATIONAL ASSOCIATION, for permission to proceed with filing a Post Bar Date Proof of Claim as hereinafter set forth, and for good cause shown it is

1. ORDERED that the Movant is permitted to file a Post Bar Date Proof of Claim within thirty (30) days of the entry of this order as it pertains to the below:

Real Property more fully described as 136 Spring Garden St, Riverside, NJ 08075; and

2. that the Trustee is authorized to pay the late claim filed within 30 days of this Order; and

4. For any such relief as the Court deems proper; and

5. The movant shall serve a filed copy of this Order on the Debtor via regular mail. The Debtor's attorney and Chapter 13 Trustee will be served electronically via the U.S. Bankruptcy Court's CM/ECF system.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                         Case No. 22-12016-ABA
Theodore J. McElwee                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 09, 2023 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Theodore J. McElwee, 136 Spring Garden St, Riverside, NJ 08075-3627 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2023                         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dennis P Uhlmann, Jr | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bky@martonelaw.com, Bky@martonelaw.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Stephanie Shreter | on behalf of Debtor Theodore J. McElwee shreterecf@comcast.net shreterlaw@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7