| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>201-549-2363<br>dcarlon@kmllawgroup.com<br>Attorney for: PNC Bank, National Association | Order Filed on October 6, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:   22-12016 ABA<br><br>Chapter: 13<br><br>Judge: Andrew B. Altenburg Jr |
| In Re:<br><br>Theodore J. McElwee<br><br>    DEBTOR. | |

## CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: October 6, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor:       Theodore J. McElwee
Case No.:     22-12016 ABA
Caption:      **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, PNC Bank, National Association, holder of a mortgage on real property known as 136 Spring Garden Street, Riverside, NJ, 08075, with the consent of Stephanie Shreter, Esq., counsel for the Debtor.

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor filed its proof of claim on September 27, 2023 as claim number seven (5) on the claims register; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim is hereby deemed allowed; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor reserves her right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:          Dated:   9/29/2023

*/s/Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:          Dated:   10/2/2023

*/s/ Stephanie Shreter*
Stephanie Shreter, ESQ., ATTORNEY FOR DEBTOR