UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on June 25, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| **Caption in Compliance with S.N.J. LBR 9004-1(b)**<br><br>**Kent/McBride, P.C.**<br>Antonio V. Sorrentino, Esq.<br>Kings Highway North – Suite 600<br>Cherry Hill, NJ  08034<br>Telephone:  856-667-3113<br>asorrentino@kentmcbride.com<br>**Attorneys for Ann Marie Convery –** *parent & guardian ad litem* **for M.E.**<br><br>In re:<br><br>Theodore J. McElwee | Case No. 22-12016-ABA<br><br>Chapter 13<br><br>Honorable Judge Andrew B. Altenburg Jr.<br><br>Hearing Date & Time:<br>June 25, 2024, at 10:00 a.m. |

## ORDER APPROVING SETTLEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 25, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Debtor:** Theodore J. McElwee
**Case No.:** 22-12016-ABA
**Caption of Order:** ORDER APPROVING SETTLEMENT AND AUTHORIZING PROGRESSIVE INSURANCE COMPANY TO PAY DEBTOR'S LIABILITIES ARISING OUT OF THE MARCH 7, 2022 MOTORCYCLE ACCIDENT.

The Court having reviewed the movant's motion to approve/authorize settlement and any related responses or objections, it is hereby **ORDERED** that:

1. The Application is **GRANTED**;

2. The Court hereby authorizes the settlement between M.E. and Debtor Theodore McElwee related to the March 7, 2022 motorcycle accident pending the final approval of The Honorable Ronald Bookbinder;

3. For any such relief as the Court deems necessary and proper; and

4. The movant shall serve a filed copy of this Order on the Debtor via regular mail. The Debtor's attorney and the Chapter 13 Trustee will be served electronically via the U.S. Bankruptcy Court's CM/ECF system.