**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Caption in Compliance with S.N.J. LBR 9004-1(b)<br><br>**Kent/McBride, P.C.**<br>Antonio V. Sorrentino, Esq.<br>Kings Highway North – Suite 600<br>Cherry Hill, NJ  08034<br>Telephone:  856-667-3113<br>asorrentino@kentmcbride.com<br>**Attorneys for Ann Marie Convery** – *parent & guardian ad litem* for M.E.<br><br>In re:<br><br>Theodore J. McElwee | Order Filed on June 25, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No. 22-12016-ABA<br><br>Chapter 13<br><br>Honorable Judge Andrew B. Altenburg Jr.<br><br>Hearing Date & Time:<br>June 25, 2024, at 10:00 a.m. |

**ORDER APPROVING SETTLEMENT**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 25, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Debtor:** Theodore J. McElwee
**Case No.:** 22-12016-ABA
**Caption of Order:** ORDER APPROVING SETTLEMENT AND AUTHORIZING PROGRESSIVE INSURANCE COMPANY TO PAY DEBTOR'S LIABILITIES ARISING OUT OF THE MARCH 7, 2022 MOTORCYCLE ACCIDENT.

The Court having reviewed the movant's motion to approve/authorize settlement and any related responses or objections, it is hereby **ORDERED** that:

1. The Application is **GRANTED**;

2. The Court hereby authorizes the settlement between M.E. and Debtor Theodore McElwee related to the March 7, 2022 motorcycle accident pending the final approval of The Honorable Ronald Bookbinder;

3. For any such relief as the Court deems necessary and proper; and

4. The movant shall serve a filed copy of this Order on the Debtor via regular mail. The Debtor's attorney and the Chapter 13 Trustee will be served electronically via the U.S. Bankruptcy Court's CM/ECF system.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-12016-ABA |
| Theodore J. McElwee | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 25, 2024 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Theodore J. McElwee, 136 Spring Garden St, Riverside, NJ 08075-3627 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dennis P Uhlmann, Jr | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bky@martonelaw.com, Bky@martonelaw.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Stephanie Shreter | on behalf of Debtor Theodore J. McElwee shreterecf@comcast.net shreterlaw@gmail.com;shreter.stephanieb128230@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7